UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14052-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

CHARLES ANTHONY GIOVINCO,

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued November 12, 2008 [26]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**. The defendant Charles Anthony Giovinco is hereby adjudicated guilty of the offenses charged.

DONE AND ORDERED in Chambers at Miami, Florida this 8th day of December, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record